

**NUMBER 13-19-00251-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,** 　　　　　　　　　　　　　　　　**APPELLANT,**

**v.**

**LETICIA VALDEZ,** 　　　　　　　　　　　　　　　　　　**APPELLEE.**

---

**On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Hinojosa, and Perkes
Order Per Curiam**

This cause is before the Court on the State's first amended motion to abate appeal to allow the reporter's record to be supplemented. The reporter's record in this cause was filed on July 8, 2019. The State's motion advises this Court that the reporter's record indicates the trial court admitted and considered a video when making its ruling to

suppress, but the reporter's record does not contain a video exhibit.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to abate for the purpose of supplementing the reporter's record is GRANTED and the appeal is ABATED.

The court reporter of the County Court at Law No. 4 of Hidalgo County is directed to prepare a supplemental reporter's record containing the video exhibit. The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
1st day of August, 2019.

2